# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE LABORERS' DISTRICT COUNCIL CONSTRUCTION INDUSTRY PENSION FUND,** *et al.* | : : : : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-2008 |
| | : | |
| **MOSSI CONSTRUCTION, INC.** | : | |

## ORDER

This 14th day of October, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' Motion for Default Judgment, ECF 6, is **GRANTED**. **JUDGMENT** is hereby **ENTERED** in favor of Plaintiffs and against Defendant Mossi Construction, Inc. in the amount of $66,891.27. Plaintiffs are given leave to file an affidavit supporting an award of attorney's fees.

  /s/ Gerald Austin McHugh
United States District Judge